<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UZ C. KHWEYE, | : |
| Plaintiff, | : Civil Case No. 10-4264(FSH) |
| v. | : **<u>STANDING ORDER</u>** |
| | : **<u>REQUIRING SUBMISSION OF</u>** |
| MULLOOLY, JEFFREY, ROONEY & FLYNN, | : **<u>INFORMATION REGARDING</u>** |
| LLP and JOHN J. SHEERIN, ESQ., | : **<u>REMOVAL</u>** |
| Defendants. | : Date: September 14, 2010 |

<u>**HOCHBERG, District Judge**</u>

Pursuant to the August 26, 2010 order of this Court, by September 10, 2010, the removing Defendants were to have provided the below information, and Plaintiff was to have served and filed a submission responding to point #5 below if Defendants are asserting diversity jurisdiction:

1. A full explanation if all Defendants served at the time of removal did not join in the notice of removal.

2. A full explanation if the notice of removal was dated more than thirty (30) days after the first Defendant was served.

3. If the action has been removed on grounds of diversity jurisdiction, a statement if any of the Defendants served at the time of removal is a citizen of the forum state.

4. If the action has been removed on grounds of diversity jurisdiction, the citizenship of Plaintiff and all named Defendants.

1

5. If the action has been removed on grounds of diversity jurisdiction, <u>both parties</u> must submit a good faith estimate of the amount in controversy with supporting documentation.

6. If the action has been removed on the basis of federal question jurisdiction, the federal statutory provision that gives rise to the jurisdiction and the <u>specific</u> section that provides Plaintiff with a private right of action.

The parties are instructed to electronically file the requisite information with the Court by **September 23, 2010**.

IT IS SO ORDERED.

      <u>/s/ **Hon. Faith S. Hochberg**</u>
Hon. Faith S. Hochberg, U.S.D.J.